IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 08, 2020, 3:47 pm
Michelle Rynne, Clerk of Court
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 19-00099 DKW-07 |
| ) | |
| Plaintiff, ) | |
| ) | Abstract of Release |
| vs. ) | |
| ) | |
| MICHAEL BUNTENBAH aka ) | |
| "Mike B" , ) | |
| ) | |
| Defendant. ) | |

_____

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of <u>September 23, 2020</u>, the Court entered the following order:

____ Defendant to be released from custody forthwith

 ____ Released to / continued on pretrial release

 ____ Sentenced to time served

 ____ Case Dismissed

 ____ Released to / continued on supervised probation / unsupervised probation

 ____ Released to / continued on supervised release

✓ Defendant to be released once bond conditions are met.  As conditions have been met effective **October 9, 2020 ,** defendant to be released forthwith.

____ Bench warrant recalled

____ Other:


                    Michelle Rynne, Clerk of Court

                    _____

                by: /s/ EA, Deputy Clerk