GARY K. SPRINGSTEAD
Attorney for Defendant, Michael J. Buntenbah
Michigan Attorney (P59726)
Admitted *pro hac vice* to represent Mr. Buntenbah in this case (*See* ECF No. 92)
SPRINGSTEAD BARTISH BORGULA & LYNCH
60 Monroe Center St., N.W., Suite 500
Grand Rapids, Michigan 49503
Tel: (616) 458-5500
gary@sbbllaw.com

BARRY D. EDWARDS 4509
Associate Counsel for Defendant, Michael J. Buntenbah
P.O. Box 1383
Honolulu, Hawaii 96807
Tel: (808) 220-4660
barrydedwards@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | CR NO. 19-CR-00099-07 DKW |
| v. | |
| MICHAEL J. BUNTENBAH, | **STIPULATION FOR MODIFICATION OF BOND CONDITIONS** |
| Defendant. | |

## STIPULATION FOR MODIFICATION OF BOND CONDITIONS

The parties, by their counsel, with the consent of Pretrial Services, stipulate that the condition of pretrial release requiring that the defendant's travel be restricted to the island of Oahu be modified to allow for travel to Hilo for the purpose of working on his residence, located at 28-3320 Hawaii Belt Rd., Pepeekeo, HI 96783. **Mr. Buntenbah is to provide his travel itinerary to Pretrial Services at least one week prior to any trip to Hilo.**

DATED:   2/18/2021

/s/ Gary K. Springstead
GARY K. SPRINGSTEAD
Counsel for Defendant

DATED:   2-25-21

MARK A. INCIONG
Assistant United States Attorney
District of Hawaii

DATED:

DAVID K. KAHUNAHANA
U.S. Pretrial Services Officer
District of Hawaii

APPROVED AND SO ORDERED.

DATED: March 2, 2021 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge