GARY K. SPRINGSTEAD
Attorney for Defendant, Michael J. Buntenbah
Michigan Attorney (P59726)
Admitted *pro hac vice* to represent Mr. Buntenbah in this case (*See* ECF No. 92)
SPRINGSTEAD BARTISH BORGULA & LYNCH
60 Monroe Center St., N.W., Suite 500
Grand Rapids, Michigan 49503
Tel: (616) 458-5500
gary@sbbllaw.com

BARRY D. EDWARDS 4509
P. O. Box 1383
Honolulu, Hawaii 96807
Telephone: (808) 220-4660
email: barrydedwards@gmail.com
Associate Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 19-00099 DKW (07) |
| Plaintiff, | |
| vs. | STIPULATION CONFIRMING COURT CLERK'S AUTHORITY TO APPROVE DEFENDANT'S FIRST MORTGAGE REFINANCE TRANSACTION; APPENDIX 1; and, ORDER |
| MICHAEL J. BUNTENBAH, | |
| Defendant. | |

**STIPULATION CONFIRMING COURT CLERK'S AUTHORITY TO APPROVE DEFENDANT'S FIRST MORTGAGE REFINANCE TRANSACTION; and, ORDER**

The parties, by their counsel, with the consent of Pretrial Services, stipulate that the Clerk of Court is authorized to approve the Subordination of the $500,000 Secured Mortgage on file, as proposed by Barry D. Edwards, on behalf of defendant Buntenbah (Malone), in his letter and its several enclosures transmitted to the Clerk of Court by email on February 26, 2021 (Appendix 1).

DATED: Honolulu, Hawaii, March 25, 2021.

*s/ Barry D. Edwards*
BARRY D. EDWARDS
Associate Counsel for Defendant

*s/ Mark A. Inciong*
MARK A. INCIONG, Assistant
United States Attorney
District of Hawaii

*s/ David Kahunahana*
David Kahunahana
U. S. Pretrial Services Officer
District of Hawaii

APPROVED AND SO ORDERED.

Dated: Honolulu, Hawaii, March 29, 2021:

Kenneth J. Mansfield
United States Magistrate Judge

# **APPENDIX 1**

Letter dated February 26, 2021from Barry D. Edwards to Ms. Michelle Rynne, Clerk, and Ms. Alison Greaney, Court Operations Supervisor, with its five enclosures: