**Barry D. Edwards**
Lawyer
P. O. Box 1383
Honolulu, Hawaii 96807
Telephone: (808) 220-4660
email: barrydedwards@gmail.com

February 26, 2021

Ms. Michelle Rynne, Clerk
Ms. Alison Greaney, Court Operations Supervisor
U. S. District Court, District of Hawaii
PJKK Federal Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

*BY EMAIL*

    Re:    *United States v. Michael J. Buntenbah, CR19-00099 DKW-KJM*

Dear Ms. Rynne and Ms. Greaney:

On October 8, 2020, Mr. Buntenbah (Malone) provided a Secured Mortgage in the amount of $500,000 as a condition of his pretrial release.

The 2020 assessed value of the property that secures the Secured Mortgage is $1,358.400. When the Secured Mortgage was approved for filing, there was a first mortgage lien against the property in the original principal amount of $395,000.

Given the recent reduction in mortgage interest rates, Mr. Buntenbah (Malone) wishes to refinance the first mortgage lien at a lower interest rate, paying off the $395,000 first mortgage lien, and substituting a new first mortgage in the lower principal amount of $335,000. The substitution of the lower first mortgage for the existing one will not affect the priority of the Secured Mortgage posted as a condition of pretrial release.

In order to accomplish the refinance, the new first mortgagee Hawaii Financial Federal Credit Union (and the escrow company) will need the "Secured Bondholder" (Ms. Rynne, as Clerk) to agree to hold its place in order of lien

priorities, by approving a Subordination Agreement (NOT a release of the Secured Mortgage).

      Accompanying this letter are documents that describe and confirm this refinance loan process, and the name of the escrow officer in charge of the proposed refinance transaction. They are:

      1.  2020 Assessment Information, City and County of Honolulu, for the subject property.
      2.  Preliminary Commitment for Title Insurance as to the refinance, from First American Title Insurance Company.
      3.  Draft ATLA Settlement Agreement—Borrower, for the refinance transaction.
      4.  Draft Mortgage (new first lien) as to the refinance loan of $335,000.
      5.  Draft Subordination Agreement (for Ms. Rynne's approval).

      On behalf of Mr. Buntenbah (Malone), I request that you please review the proposed refinance transaction and provide your approval of the proposed Subordination Agreement, through the escrow process now pending.

      Sincerely,

      */ s / Barry D. Edwards*

      Barry D. Edwards


Enclosures
cc, by email:  D. Kahunahana, Pretrial Services;
   AUSA Mark Inciong
(w/Encl.)