| American Land Title Association | ALTA Settlement Statement – Borrower |
|---|---|
| | Adopted 05-01-2015 |

File No.: 1-6502473
Printed: 02/25/2021, 4:10 PM
Officer/Escrow Officer: Tyson China/tc
Settlement Location:
1177 Kapiolani Boulevard, Honolulu, HI 96814

**First American Title Company, Inc.**

**1177 Kapiolani Boulevard • Honolulu, HI 96814**
**Phone: (808)536-3866  Fax: (808)545-6189**
**Estimated Settlement Statement**



Property Address: 45-170 Popoki Street, Kaneohe, HI 96744

Borrower: Michael Malone

Lender: Hawaiian Financial Federal Credit Union

Settlement Date:

Disbursement Date:

| | Borrower | |
|---|---|---|
| **Description** | **Debit** | **Credit** |
| **Financial** | | |
| Loan Amount  - Hawaiian Financial Federal Credit Union | | 335,000.00 |
| | | |
| **Loan Charges** | | |
| Loan Charges to Hawaiian Financial Federal Credit Union | | |
| Prepaid Interest  @$27.530000/day | 412.95 | |
| Administration Fee | 255.00 | |
| Underwriting Fee | 185.00 | |
| LOAN DISCOUNT FEE | 1,675.00 | |
| 1% of Loan Amount (Points) | 3,350.00 | |
| Credit Report to KROLL FACTUAL DATA | 45.00 | |
| Flood Verification Fee to CORELOGIC FLOOD | 19.00 | |
| | | |
| **Impounds** | | |
| Aggregate Adjustment | | 734.06 |
| Homeowner's Insurance  2 mo(s) @$333.92/mo | 667.84 | |
| County Property Taxes  4 mo(s) @$367.03/mo | 1,468.12 | |
| | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Lender's Policy | 1,820.00 | |
| ALTA Loan Policy Extended - 1  to First American Title Company, Inc. | | |
| Title - CLTA Fin Stmt Ln Guar with Add Verif | 52.36 | |
| CLTA Fin Stmt Ln Guar with Add Verif  $50.00 Sales Tax: $2.36  to First American Title Company, Inc. | | |
| Title - Escrow Fee | 523.56 | |
| Escrow Fee  $500.00 Sales Tax: $23.56  to First American Title Company, Inc. | | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Record First Deed of Trust/Mortgage | 41.00 | |
| Record Mortgage - 1  to Bureau of Conveyances | | |
| Record SUBORDINATION | 200.00 | |
| Record SUBORDINATION | | |
| | | |

This is a summary of the closing transaction prepared by First American Title Company, Inc.. This document is not intended to replace the Closing Disclosure form.

| Description | Borrower | |
|---|---|---|
| | **Debit** | **Credit** |
| **Payoff(s) and Payment(s)** | | |
| First Hawaiian Bank (First Mortgage) | | |
| Principal Balance  to First Hawaiian Bank (First Mortgage) | 327,601.00 | |
| | | |
| **Subtotals** | 338,315.83 | 335,734.06 |
| Due From Borrower | | 2,581.77 |
| Totals | 338,315.83 | 338,315.83 |

Our wire instructions do not change.  If you receive an email or other communication that appears to be from us or another party involved in your transaction instructing you to wire funds to a bank other than First American Trust, you should consider it suspect and you must call our office at an independently verified phone number.  Do not inquire with the sender.

Acknowledgement

We/I have carefully reviewed the Estimated ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements to be made on my account or by me in this transaction and further certify that I have received a copy of the Estimated ALTA Settlement Statement. This Estimated Settlement Statement is subject to changes, corrections or additions at the time of final computation of Escrow Settlement Statement. We/I authorize First American Title Company, Inc.  to cause the funds to be disbursed in accordance with the Final ALTA Settlement Statement to be provided to me/us at closing.

Borrower(s):

_____

Michael Malone

_____

Escrow Officer: Tyson China

This is a summary of the closing transaction prepared by First American Title Company, Inc.. This document is not intended to replace the Closing Disclosure form.