NICOLE E. SPRINGSTEAD-STOLTE
Attorney for Defendant, Michael J. Buntenbah
Michigan Attorney (P84532)
Admitted *pro hac vice* to represent Mr. Buntenbah in this case (*See* ECF 203)
SPRINGSTEAD BARTISH BORGULA & LYNCH
60 Monroe Center St., N.W., Suite 500
Grand Rapids, Michigan 49503
Tel: (616) 458-5500
nicole@sbbllaw.com

NATANYAH GANZ
Associate Counsel for Defendant, Michael J. Buntenbah
311 Kaeaniani St.
Kailua, Hawaii 96734
Tel: (808) 358-7318
nganz@oahudefense.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

_ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | CR 19-CR-00099-07 DKW-KJM |
| v. | Hon. Derrick K. Watson |
| | Hon. Kenneth J. Mansfield |
| MICHAEL J. BUNTENBAH, | |
| Defendant. | |

_____/

**DEFENDANT BUNTENBAH'S RESPONSE TO DEFENDANT MICHAEL J. MISKE'S MOTION TO CONTINUE TRIAL**

On May 25, 2021, the Government moved to continue the trial date in the case to a date in late March 2022, and to exclude the time for Speedy Trail Act purposes. Mr. Buntenbah filed an opposition to the Joint Motion to Continue. The Government's Motion was granted and trial was scheduled to begin on March 21, 2022. On October 18, 2021, Defendant Michael J. Miske moved to continue the trial date.

Because Mr. Buntenbah is not alleged to have participated in the main racketeering conspiracy and is only indicted in three of the 22 counts, most of the evidence that would be submitted at a joint trial will be irrelevant as to the charges brought against Mr. Buntenbah. Counsel for Mr. Buntenbah is prepared to move forward with trial as scheduled. A continuation of the trial dates as to the charges brought against Mr. Buntenbah would not further the ends of justice, and instead, may unnecessarily delay his trial and unnecessarily result in the loss of important witnesses in his case. Mr. Buntenbah opposes the Motion to Continue Trial, and instead, asserts his speedy trial rights under the Speedy Trial Act. *See* 18 U.S.C. § 3161(g). It is for these reasons that Mr. Buntenbah respectfully requests that Defendant Michael J. Miske's Motion be denied.

Dated: November 1, 2021  /s/ Nicole E. Springstead-Stolte
Nicole E. Springstead-Stolte
Counsel for Defendant
60 Monroe Center St., N.W., Suite 500
Grand Rapids, Michigan 49503
nicole@sbbllaw.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.4**

*This brief is less than 25 pages, contains 474 words, and is under the 6,250-word limit imposed by LR7.4(b).*

Dated: November 1, 2021            */s/ Nicole E. Springstead-Stolte*
                                   Nicole E. Springstead-Stolte
                                   Counsel for Defendant
                                   60 Monroe Center St., N.W., Suite 500
                                   Grand Rapids, Michigan 49503
                                   Tel: (616) 458-5500
                                   nicole@sbbllaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served electronically through CM-ECF.

Dated: Grand Rapids, Michigan, November 1, 2021

                                          */s/ Nicole E. Springstead-Stolte*
                                          Nicole E. Springstead-Stolte
                                          Counsel for Defendant
                                          60 Monroe Center St., N.W., Suite 500
                                          Grand Rapids, Michigan 49503
                                          Tel: (616) 458-5500
                                          nicole@sbbllaw.com