GARY K. SPRINGSTEAD
Attorney for Defendant, Michael J. Buntenbah
Michigan Attorney (P59726)
Admitted *pro hac vice* to represent Mr. Buntenbah in this case (*See* ECF No. 92)
SPRINGSTEAD BARTISH BORGULA & LYNCH
60 Monroe Center St., N.W., Suite 500
Grand Rapids, Michigan 49503
Tel: (616) 458-5500
gary@sbbllaw.com

NATANYAH GANZ
Associate Counsel for Defendant, Michael J. Buntenbah
311 Kaeaniani St.
Kailua, Hawaii 96734
Tel: (808) 358-7318
nganz@oahudefense.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. BUNTENBAH,<br><br>　　　　Defendant. | CR NO. 19-CR-00099-07 DKW<br><br>**STIPULATION FOR MODIFICATION OF BOND CONDITIONS** |

## STIPULATION FOR MODIFICATION OF BOND CONDITIONS

The parties, by their counsel, with the consent of Pretrial Services, stipulate that the condition of pretrial release allowing Mr. Michael Buntenbah to travel from Honolulu, Hawaii to Grand Rapids, Michigan from October 28, 2021 to November 2, 2021 be amended to authorize Mr. Buntenbah to travel from Honolulu, Hawaii to Michigan to meet with his attorneys. Travel to Michigan to meet with his attorneys includes necessary travel through various states between Hawaii and Michigan. Mr. Buntenbah shall provide the flight information and information regarding where he will be staying to Pretrial Services no less than one week prior to travel.

The parties also stipulate that the condition of pretrial release allowing Mr. Buntenbah to travel to the island of Hawaii with prior approval of pretrial services be amended to authorize Mr. Buntenbah to travel to the islands of Maui, Kauai, and Hawaii with prior approval from pretrial services. Mr. Buntenbah shall provide his travel itinerary to pretrial services no less than one week prior to travel.

DATED:   8/5/2022

/s/ Gary K. Springstead
GARY K. SPRINGSTEAD
Counsel for Defendant

DATED:   8/8/2022

MARK A. INCIONG
Assistant United States Attorney
District of Hawaii

DATED:

DAVID K. KAHUNAHANA
U.S. Pretrial Services Officer
District of Hawaii

APPROVED.
DATED: August 10, 2022 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge