GARY K. SPRINGSTEAD
Attorney for Defendant, Michael J. Buntenbah
Michigan Attorney (P59726)
Admitted *pro hac vice* to represent Mr. Buntenbah in this case (*See* ECF No. 92)
SPRINGSTEAD BARTISH BORGULA & LYNCH
60 Monroe Center St., N.W., Suite 500
Grand Rapids, Michigan 49503
Tel: (616) 458-5500
gary@sbbllaw.com

DAVID HENDRICKSON
Associate Counsel for Defendant, Michael J. Buntenbah
6370 Hawaii Kai Dr. Apt. 3
Honolulu, HI 96825
Tel: (808) 729-8937
david@themilitarydefenselawyer.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. BUNTENBAH,<br><br>Defendant. | CR NO. 19-CR-00099-07 DKW<br><br>**STIPULATION FOR MODIFICATION OF BOND CONDITIONS** |

## STIPULATION FOR MODIFICATION OF BOND CONDITIONS

The parties, by their counsel, with the consent of Pretrial Services, stipulate that the condition of pretrial release requiring that the defendant's travel be restricted to the island of Oahu unless he receives prior approval from pretrial services to travel to the islands of Maui, Kauai and Hawaii be modified to allow Mr. Buntenbah to travel to Las Vegas, Nevada from August 6, 2023 to August 11, 2023 for work purposes. Mr. Buntenbah shall provide flight information and an itinerary to Pretrial Services no lass than one week prior to travel. .

DATED:   6/16/2023

/s/ Gary K. Springstead
GARY K. SPRINGSTEAD
Counsel for Defendant

DATED:   6/20/23

MARK A. INCIONG
Assistant United States Attorney
District of Hawaii

DATED:

DAVID K. KAHUNAHANA
U.S. Pretrial Services Officer
District of Hawaii

DATED:  June 23, 2023 at Honolulu, Hawaii.

APPROVED AS TO FORM:



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge