# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 19-00099 DKW-KJM |
| CASE NAME: | USA v. (07) Michael Buntenbah |
| ATTYS FOR PLA: | Aislinn Affinito |
| ATTYS FOR DEFT: | (07) Gary K. Springstead |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Gloria Bediamol |
| DATE: | 2/27/2024 | TIME: | 2:35 p.m. - 3:10 p.m. |

COURT ACTION:   EP: Hearing on [1315] United States' Motion for Forfeiture held.

Defendant Michael Buntenbah present, in custody.

Arguments heard.

For reasons as stated on the record, [1315] United States' Motion for Forfeiture is GRANTED.

Defendant Michael Buntenbah is remanded to the custody of the USMS.

Submitted by: Tammy Kimura, Courtroom Manager